# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0071. ANNIE MINCEY v. LAKESIDE PRESERVE HOMEOWNERS ASSOCIATION, INC.**

In these related civil actions, the trial court granted summary judgment to Lakeside Preserve Homeowners Association, Inc. in November 2016. In November 2019, Annie Mincey filed a motion to set aside the judgment in favor of Lakeside, which the trial court denied on December 5, 2019. Mincey thereafter filed several motions challenging various aspects of the proceedings, which the trial court construed as motions for reconsideration and denied in a single order on March 3, 2020. Later that month, Mincey filed a direct appeal, which we dismissed for lack of jurisdiction, on grounds that: (i) an appeal from the denial of a motion to set aside must be initiated by filing an application for discretionary review; and (ii) the order denying her motions for reconsideration is not appealable. See *Mincey v. Lakeside Preserve Homeowners Association, Inc.*, No. A20A1847 (Sept. 1, 2020). On September 23, 2020, Mincey filed this application for discretionary review. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Pretermitting whether a timely discretionary application would have authorized appellate review of any of the trial court orders at issue here, Mincey's application was untimely filed more than six months after the most recent of those orders and more than 60 days after the Supreme Court restarted

filing deadlines in Georgia on July 14, 2020, following its prior judicial emergency orders. See Supreme Court Order Declaring Statewide Judicial Emergency (Mar. 14, 2020), as extended on April 6, May 11, and June 12, 2020, and as extended in part on July 10, 2020, available at www.gasupreme.us. Consequently, Mincey's application for discretionary review is hereby DISMISSED for lack of jurisdiction. See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,   10/16/2020          *
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

, *Clerk.*